

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00472-CV

**ARC PARKLANE, INC.** d/b/a Parklane West Healthcare Center,
Appellant

v.

Arvel **SEALS** Jr., as Representative of the Estate of Dora Sylvia Lehrman, Deceased
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10177
Honorable Larry Noll, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of court for this appeal are taxed against the party who incurred them. *See* TEX. R. APP. P. 43.4.

SIGNED November 25, 2015.

_____
Patricia O. Alvarez, Justice